UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON K. WEBB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY PUBLIC DEFENDER'S OFFICE, et al.<br><br>　　　　　Defendants. | No.  2:25-cv-02156-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 3, 4) |

　　　　Plaintiff is proceeding in this action without counsel.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).  On August 4, 2025, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  The August 4, 2025 findings and recommendations (ECF No. 4) are adopted in full; and

/////

/////

1

2. Plaintiff's motion for preliminary injunction (ECF No. 3) is denied.

IT IS SO ORDERED.

Dated:    **September 4, 2025**

Dena Coggins
United States District Judge

2