UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON K. WEBB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY PUBLIC DEFENDER'S OFFICE, et al.<br><br>　　　　Defendants. | No. 2:25-cv-02156-DC-CKD (PS)<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is proceeding without counsel and in forma pauperis. By order filed August 4, 2025, plaintiff's complaint was dismissed and 28 days' leave to file an amended complaint was granted. (ECF No. 4.) Plaintiff was informed that failure to file either an amended complaint or a notice of voluntary dismissal by the required deadline could result in the imposition of sanctions, including dismissal. (Id. at 5-7.) The 28-day period has now expired, and plaintiff has not filed an amended complaint nor otherwise responded to the court's order.

　　　　In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because plaintiff has not stated a claim for relief and this case cannot move forward without plaintiff's participation, the

factors weigh in favor of dismissal.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 19, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/webb2156.f&rs_fta

2