UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON K. WEBB,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY PUBLIC DEFENDER'S OFFICE, et al.<br><br>  Defendants. | No.  2:25-cv-02156-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 6) |

Plaintiff DeVon K. Webb is proceeding in this action without counsel and *in forma pauperis*. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed due to Plaintiff's failure to prosecute this action and failure to comply with court rules and orders pursuant to Federal Rule of Civil Procedure 41(b). (Doc. No. 6.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

1

findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 19, 2025 (Doc. No. 6) are ADOPTED in full;

2. Plaintiff's complaint (Doc. No. 1) is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute this action, and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 25, 2025**

Dena Coggins
United States District Judge